

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Len Rainey,

Vs. No. 11-13-00297-CR

The State of Texas,

\* From the 91st District Court
of Eastland County,
Trial Court No. 22962.

\* September 30, 2015

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and McCall, sitting
by assignment)
(Bailey, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.